## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CLEVELAND HOLT, | |
| *Plaintiff* | |
| *v.* | Civil Action File No. |
| | 1:24-cv-01599-VMC |
| UNITED NETWORK FOR ORGAN SHARING, *et al.* | |
| *Defendants.* | |

## DEFENDANT EMORY HEALTHCARE, INC.'S MOTION TO STAY PROCEEDINGS AND BRIEF IN SUPPORT THEREOF

In accordance with Federal Rules of Civil Procedure 16 and 26, Defendant Emory Healthcare, Inc. ("Emory") moves the Court to Stay the proceedings, including any initial discovery deadlines, pending resolution of Emory's contemporaneously filed motion to dismiss Plaintiff Cleveland Holt's Complaint.

## BACKGROUND

On April 16, 2024, Plaintiff Cleveland Holt filed this action against Emory and others, asserting a claim under Title VI of the Civil Rights Act of 1964 and a state law claim for breach of fiduciary duty. *See generally*, Doc. 1, Compl. Following service of the Complaint, the Court extended Defendants'

deadline to respond to June 4, 2024. *See* Doc. 19, 22, 24, 29. On June 4, 2024, Emory moved to dismiss Holt's Complaint under Rule 12(b)(6) for failure to state a claim. In addition to arguing that Holt has not plausibly alleged a federal or state law claim, Emory has raised a statute of limitations defense to Holt's claims. Because the Court's resolution of Emory's Motion could fully dispose of Holt's claims, or even substantially narrow the action against Emory, Emory respectfully requests that the Court stay the proceedings pending a resolution of its Motion and any other forthcoming motion by the other Defendants.

## **ARGUMENT**

Federal Rule 26(d) gives the Court broad discretion to alter the sequence of discovery "for the convenience of the parties . . . and in the interests of justice." Fed. R. Civ. P. 26(d); *see also Panola Land Buyers Ass'n v. Shuman*, 762 F.2d 1550, 1558-59 (11th Cir. 1985) (a district court has "broad discretion to stay discovery until the district court rules on a pending dispositive motion"). The Court should stay all discovery in the interests of efficiency and justice through its powers under Fed. R. Civ. P. 26 and issue a stay relieving Defendant Emory from having to exert any additional resources pending a ruling on its motion to dismiss. *See Patterson v. United States Postal Serv.*, 901 F.2d 927, 929 (11th Cir. 1990) (trial court properly stayed discovery pending ruling on motion to dismiss); *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353,

1367 (11th Cir. 1997) (holding "facial challenges to the legal sufficiency of the claim or defense, such as a motion to dismiss based on failure to state a claim for relief, should be resolved before discovery begins").

Because Emory has asserted a facial challenge to Holt's Complaint, the Court's resolution of its motion could substantially narrow the scope of discovery, if not eliminate all claims against it and obviate discovery entirely. A stay of the proceedings pending resolution of the motion is therefore proper. *See Kavianpour v. Bd. of Regents of Univ. Sys. of Georgia*, No. 1:22-CV-03382MLB-RGV, 2023 WL 6194290, at *2 (N.D. Ga. Apr. 4, 2023) ("[A]lthough defendants may not ultimately be entitled to dismissal of all, or even any, of the claims against them, a stay of discovery and all pre-discovery deadlines pending final consideration by the District Judge of the pending motions to dismiss . . . is warranted because the ruling on those motions could impact whether discovery will occur, and if so, the scope of discovery and the parties participating in it[.]").

Moreover, it is customary for this Court to grant stays of the initial discovery deadlines while such motions are pending. *See, e.g., id.* at 2 (citing cases); *see also O'Neill v. NYU Langone Medical Center*, Civil Action File No 1:22-CV-0011, 2022 WL 18779524, *2 (N.D. Ga. 2022) (staying Rule 26(f) conference, joint preliminary report and discovery plan, and exchange of initial disclosures pending ruling on motion to dismiss); *Sherwood v. Horizon*

*Actuarial Services, LLC*, Civil Action File No. 1:22-CV-01495-2022 WL 18460459, *2 (N.D. Ga. 2022) (staying all discovery-related proceeding, including initial disclosure and joint preliminary report and discovery plan obligations, pending ruling on motion to dismiss).

## **CONCLUSION**

The Court should GRANT Defendant Emory Healthcare, Inc.'s Motion to Stay Proceedings and STAY the proceedings, pending resolution of Emory's motion to dismiss.

## **LOCAL RULE 7.1D CERTIFICATE**

I certify that this document was prepared using Century Schoolbook 13-point font.

Respectfully submitted: June 4, 2024.

**HALL BOOTH SMITH, P.C.**

191 Peachtree Street NE
Suite 2900
Atlanta, GA  30303
404-954-5000 / 404-954-5020 Fax
jhall@hallboothsmith.com
jsaxby@hallboothsmith.com
pcunningham@hallboothsmith.com

*/s/ Pearson K. Cunningham*
JOHN E. HALL, JR.
Georgia Bar No. 319090
JEFFERY RANDOLPH SAXBY
Georgia Bar No. 623423
PEARSON K. CUNNINGHAM
Georgia Bar No. 391024

*Attorneys for Defendant Emory Healthcare, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that I served a true and correct copy of the foregoing **Motion to Stay Proceedings** upon all parties to this matter via the CM/ECF system which will automatically send electronic notifications to the following:

David N. Dreyer
Washington Dreyer & Assocs., LLC
david@washingtondreyer.com
260 Peachtree Street, Ste. 1600
Atlanta, GA  30303
david@washingtondreyer.com
*Attorney for Plaintiff*

Michael A. Caplan
Michael L. Eber
Caplan Cobb LLC
75 Fourteenth Street NE
Suite 2700
Atlanta, GA  30309
mcaplan@caplancobb.com
meber@caplancobb.com
*Attorneys for Defendant United Network for Organ Sharing*

Patrick C. Fagan
Kayla B. Polonsky
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street NW
Atlanta, GA  30309
fagan@bmelaw.com
polonsky@bmelaw.com
*Attorneys for Defendant Board of Trustees of the University of Alabama*

Mark E. Anderson
McGuireWoods LLP
501 Fayetteville Street
Suite 500
Raleigh, NC  27601
manderson@mcguirewoods.com

Rebecca M. Borkovich
McGuireWoods LLP
1075 Peachtree Street
Suite 3500
Atlanta, GA  30309
rborkovich@mcguirewoods.com
*Attorneys for Duke University Health System, Inc.*

June 4, 2024

**HALL BOOTH SMITH, P.C.**

*/s/ Pearson K. Cunningham*
JOHN E. HALL, JR.
Georgia Bar No. 319090
191 Peachtree Street NE
Suite 2900                      JEFFERY RANDOLPH SAXBY
Atlanta, GA  30303              Georgia Bar No. 623423
404-954-5000 / 404-954-5020 Fax  PEARSON K. CUNNINGHAM
jhall@hallboothsmith.com         Georgia Bar No. 391024
jsaxby@hallboothsmith.com        *Attorneys for Defendant Emory*
pcunningham@hallboothsmith.com   *Healthcare, Inc.*